

## EISENSTAT FORENSIC PATHOLOGY, LLC
Jonathan Eisenstat, MD
7507 Roswell Road
PMB #241
Sandy Springs, GA 30350
678-654-2107

Aileen Christensen
Arnold & Itkin
6009 Memorial Dr
Houston, TX 77007

Re: Zander Adams

December 12, 2025

Dear Ms. Chistensen,

At your request, I have applied standard and accepted medical and forensic pathology methods to examine the causation of death of Zander Adams and if he experienced any conscious pain and suffering. This report states my conclusions and the bases for them.

## Qualifications

I am a Medical Doctor, practicing Forensic Pathologist, and the past Chief Medical Examiner for the Georgia Bureau of Investigation. I have performed over 4,200 autopsies in my career, and have viewed or assisted in approximately 45,000 more in my career. My training includes subspecialty fellowships in Forensic Pathology, Pediatric Pathology, and Forensic Neuro and Cardiac Pathology. I am certified by the American Board of Pathology to practice Anatomic and Forensic Pathology. The remainder of my experience is set forth in my Curriculum Vitae, which is attached. I have testified as an expert witness in both criminal and civil cases throughout the United States.

## Opinions

It is my opinion, to a reasonable degree of medical certainty, that Zander Adams died of electrocution while at work at Industrial Packaging and that he experienced conscious pain and suffering as a result of being electrocuted. These opinions will be further elucidated below.

EXHIBIT

1

Zander Adams                                                                                    2

**Facts and Data Considered**

I have reviewed the following supplied items concerning the above referenced case:

- DeSoto Regional Health System records
- Louisiana State University Health Sciences Center Department of Pathology Autopsy report
- Autopsy Photographs
- Death Certificate
- Photograph of Zander Adams
- United States Department of Labor Occupational Safety and Health Administration Report
- Zander Adam's initial disclosures
- International paper company production
    - Emergency response plan
    - Lockout time documents
    - Warning tag
    - Mansfield Mill Organization Chart
    - Purchase order
    - Log of Work Related Injuries and Illnesses
    - Mansfield Mill Communique
    - International Paper Hot work Safety Training
    - First Report
    - scene photographs
    - Critical Incident Report
    - Statement of Wil Delafield
    - Mill Safety Policy Mill wide
    - Handbook
- United Rentals production
    - Excess Commercial General Liability Policy Declarations
    - Invoices
    - Purchase Order
    - Miller Bobcat 260 Owner's Manual
- United Rentals Inc's
    - Initial Disclosures
    - Answers and Objections to Plaintiffs' First Set of Interrogatories
    - Responses and Objections to Plaintiffs' Request for Admission
    - Responses and Objections to Plaintiffs' Requests for Production
    - Supplemental Disclosures
    - Responses and Objections to Plaintiffs' Requests for Production
    - Production
        - e-mail from Amy Lowe to ipaper.com
        - Don Murphy voicemail
        - Inspection photographs
        - Work orders
- International Paper Company's

Zander Adams                                                                                                    3

       - Responses to Plaintiffs' First set of Requests for Production
       - Answers to Plaintiffs' First Set of Interrogatories
       - Privilege Log
       - Responses to Plaintiffs' First Set if Requests for Admission
       - Initial Disclosures
           - Insurance Certificate
           - Photographs taken of the incident area
           - Mansfield Mill Org Chart – Current State July 2023
           - Contract #7444-ZAC2203GMRS-BC with Zachry Industrial, Inc., and all attachments thereto
           - Purchase Order to United Rentals North America Inc., dated 4/11/2022
       - Production
           - Services Contract
           - Purchase Order
       - Responses to United Rentals (North America) Inc. and United Rentals Inc's First Set of Requests for Production
       - Answers to United Rentals (North America) Inc. and United Rentals Inc's First Set of Interrogatories
       - First Supplemental Responses to Plaintiffs' First Set of Requests for Production
- Zachry Industrial, Inc's
       - Objections and Responses to Plaintiffs' First Requests for Admission
       - Objections and Responses to Plaintiffs' First Requests for Production
       - Objections and Responses to Plaintiffs' First Interrogatories
       - Supplemental Objections and Responses to Plaintiffs' First Request for Production and Interrogatories
       - Objections and Answers to United Rentals (North America) Inc. and United Rentals Inc's First Set of Interrogatories
       - Objections and Responses to United Rentals (North America) Inc and United Rentals Inc's Requests for Production
       - Maintenance Services LLC's FRCP 7.1 Disclosure Statement
       - 2nd supplemental and amended Objections and Responses to Plaintiffs' First Interrogatories
       - Responses to Plaintiff's Request for Production
       - Initial Disclosures
       - Third Supplemental and Amended Objections and Responses to Plaintiffs' First Requests For Production and First Interrogatories
       - Supplemental Initial Disclosures
- Donald Murphy signed verification
- Verification by unsworn declaration of Patrick McKenna
- Letter from Emily Valenzuela
- Elite Medical Wellness records
- Obituary
- Funeral home bill
- Monument invoice

Zander Adams                                                                                                          4

- Birth Certificate
- Tax Returns
- Driver's License
- Social Security Card
- Marriage Certificate and License
- John Loud Inspection Data and Videos
- Benjamin Gibson Inspection Photographs
- CVI Engineering Inspection Photographs and Videos
- Zachry Consent to Job Placement Health Screen
- Evidence Storage Agreement
- Depositions
     - International Paper Company, CNA
     - Zachry Industrial, CNA
     - Stephen Murphy
     - Philip Strahan (11-12-25 and 12-2-25)
     - Paula Wood
     - Cheyanne Adams
     - James Adams
     - Wendy Adams
- Text messages between Cheyanne and Zander
- Text messages between John Alvarez and Cheyanne
- Letter from John Alvarez to Cheyanne
- Pre-injury photographs of Zander
- Certificates
- Letter from Jose M. Luzarraga detailing previously supplied documents
- Report of John Tobias, ElectroQuest LLC
- Report of Eric L. Van Iderstine and William D. Carden, CVI

**Basis and Reasons for Opinions**

Zander Adams was a 22 year old man who, on August 15, 2023, was an employee of Zachry working at Industrial Packaging when he was electrocuted. As per the critical incident report:

| OPERATOR: Darryl Osborne | TIME OF CALL: Tue, 15 Aug 2023 13:51 CST (GMT-6:00) CST | INCIDENT NO: IP0267 |
|---|---|---|
| CALLER NAME: Don Murphy<br>POSITION: Manager EHS Division II | PHONE NO: +13188711491<br>EMAIL: DON.MURPHY@IPAPER.COM | |
| BUSINESS: Industrial Packaging – Containerboard | | |
| INCIDENT LOCATION: MANSFIELD MILL (USLA06)<br>1202 HIGHWAY 509<br>MANSFIELD, Louisiana, United States<br>71052 | INITIAL CRITICAL INCIDENT ASSESSMENT<br>Health & Safety (Level 2) | |

INCIDENT DESCRIPTION:
Contractor was electrocuted while working on equipment at the Mansfield mill, likely to be from a welding lead. IP emergency team responded and took the contractor to the Mansfield Louisiana Hospital.

Zander Adams                                                                                    5

A coworker of Zander's noted:

8-15-23

My name is Joey Boyd, and I was working with Zander Adams, at IP in Mansfield, LA. We were Installing a small spool, socket weld 2" on one end and reduced to 1" on other. Zander was on a platform about 10' up and I was on 6' step ladder below holding spool in place for him to tack. He made 2 tacks on 2" socket and I told him to tack other 2 sides and weld it out. I got off ladder on floor and was performing fire watch duty. It was fairly dark where he was at and I could not not see any arc flash so I went up stairs to platform and he was sitting on grating with his back against safety gate slumped over with his hood down. I said what are you doing and I got no response. I pulled his hood and hard hat off and his eyes were closed and I started hollering Zander are you ok, and

I got no response. I saw his Tig torch in his lap so I picked it up and saw his welding wire was stuck to the tungstein. I ran down the stairs turned welding machine off and called Chris sawyer on radio and told him to get MT to us imediately. I ran back up stairs to Zander and stayed with him till others arrived.

Joey Boyd    8-15-2023

Zander Adams                                                                                    6

| STATEMENT – WIL DELAFIELD |
| --- |

**8/15/2023 - <u>1:10 P.M.</u>**

I was in my office when the call came in over the radio. I responded to the scene with Josh Whatley and Cody Burns on the mill golf cart. I arrived at the PM1 vacuum pump area directly behind the ambulance and followed Russell Adams to the scene. AJ Linson and Chris Sawyer were already on the catwalk with the patient and AJ called for the backboard. I went back to the ambulance and got some gloves while other ERT members (not sure who) already had the backboard and headed back to the scene. I went up the stairs and reached through the handrail to assist AJ in getting the backboard belts buckled over the patient (this is when I learned the patient was not breathing) I hollered to the group, "We gotta go now! Get the AED ready". The members on the catwalk lifted the patient (on the backboard) over the handrail and we carried him down the stairs and placed him on the waiting stretcher. The patient was immediately taken to the ambulance and we closed the doors. We then provided traffic direction for the ambulance to back out and head to the hospital. I talked to Chris Sawyer immediately after this and he told me this, referring to the patient, "he was doing something with his welding lead and it shocked him on his thigh". I had noticed severe burns to the upper chest and neck area while we were loading the patient, so I asked Chris, "are you sure it shocked him on his thigh?" Chris replied, "Yes, he was working on his lead and it hit his leg" I then instructed Cody LaBorde to secure the scene, make sure no one was in danger and see if there were any other witnesses. I drove the golf cart back to the front, stopped by the EMT office to see if they knew where the patient was being taken. I was told they were headed to Desoto Regional in Mansfield and were going to meet Desoto EMS in route. I then went to notify the mill manager.

The United States Department of Labor Occupational Safety and Health Administration's investigation revealed:

| Incident Type | |
| --- | --- |
| Preliminary Description (Hazard Description and Location) | (b) (4) Zachry Maintenance Services, LLC employees received a permit to weld a pipe spool in the #1 paper machine felt wash area at 11:00 AM. At approximately 1:00 PM, the deceased employee made two tack welds to secure the pipe spool in place. The deceased employee transitioned from one position of the pipe spool to access the adjacent side and begin the welding activity. During a brief pause in this activity, the other employee checked on the deceased employee after noticing that the welding task hadn't started. The deceased employee was found lying unresponsive with his back against the swing gate. Site EMTs assessed the employee and transported him via ambulance to DeSoto Regional Health System hospital, subsequently transferring him to Ochsner LSU Health Shreveport Hospital. An investigation is currently underway." |

Zander Adams                                                                                                7

E) **Measurements**: Approximately five feet of exposed of conductive bare copper wiring of the ground welding cable.

F) **Employer Knowledge**: Mr. Christopher Sawyer (Supervisor / Zachry Maintenance Services, LLC) stated that, on the day of the incident, he assigned and directed Mr. Zander Adams (victim/welder) to perform the welding tasks associated with the fatal incident. Mr. Sawyer participated in the safety meeting on morning of the incident to tell the crew what would be going on that day and ensures that a JSA/job permit is completed prior to the work being performed. Mr. Sawyer also stated that he knew of the conditions of the work area because he had visited the area being worked on two (2) to three (3) times that day, including thirty (30) minutes prior to the incident occurring. The condition of the worn, frayed, and uninsulated welding cables being utilized by the victim were in plain view and should have been identified as an unsafe by Mr. Sawyer during the site walk around and when the work permit was issued.

<u>Citation 1 Item 1</u>    Type of Violation: **Serious**

29 CFR 1910.254(d)(9)(iii): Cables with damaged insulation or exposed bare conductors were not replaced.

Welding Cables with damaged insulation or exposed bare conductors were not replaced by employer, thereby exposing employees to hazards of electrocution, in that on or about August 15, 2023, in the paper machine felt wash area at the International Paper - Mansfield, Louisiana Paper mill employees were assigned to weld using cables with damaged insulation.

He was transported to DeSoto Regional Medical Center after which he was transferred to Louisiana State University Health Sciences Center Department of Pathology where an autopsy was performed, which documented the following:

**Evidence of Injury** (see 2-page diagram)

There are several dark 2nd degree thermal burns (history of electrocution) involving the upper chest (8 x 6 cm), left side of the neck (6.0 x 1.0 cm and 3.5 cm), below the chin (4.5 x 4.0 cm), upper anterior right thigh (3.0 x 0.8 cm), upper left back (9.0 x 1.5 cm) and right back (x2). The burn over the upper chest contains 2 linear radiating burns with 1 that courses down and to the right that is 8 cm in length and the other that courses down and slightly to the left that is 1.5 cm in length.

*This space intentionally left blank*

Zander Adams                                                                 8










Microscopic evaluation of the burns showed:

**A - Skin (from burn of upper chest):** Sections of hair bearing skin show coagulative necrosis of the epidermis and superficial reticular dermis consistent with second degree and superficial 3rd degree burns, respectively. Streaming (polarization) of nuclear chromatin is evident within the epidermis and adjacent adnexal structures that is in keeping with electrocution.

### Final Anatomic Diagnosis

I.    Thermal burns (2nd degree) involving upper chest, left side of neck, below chin, upper anterior right thigh, upper left back and right back:
a. History of electrocution while welding

II.    Enlarged heart, 490 grams (expected 336 ± 40 grams)

III.   Overweight (calculated body mass index 29.4):

a. Enlarged liver, 1815 grams (expected for body weight approximately 1413 grams)

IV.   Generalized visceral congestion and mild pulmonary and cerebral edema

### Final Note

Given the historical and investigative materials, the cause of death is considered to be electrocution. Postmortem blood toxicology does not reveal the presence of any drugs and/or alcohol. The manner of death is accident.

Zander Adams                                                                            10

In consideration of all of the above, it is my opinion, to a reasonable degree of medical certainty, that Zander Adams died of electrocution and that he experienced conscious pain and suffering as the electricity entered and spread throughout his body.

Electrical injuries can occur via different mechanisms, including electrical transmission through vital organs, tissue damage from the electricity itself, thermal related injury (burns), and secondary blunt impact injury. Zander did not have any blunt impact injuries and the burns he sustained would not, in and of themselves, have caused his death. In Zander's case, it was the electrical transmission from the entrance wound, through internal organs such as his heart, and out through the grounded portions of his body that resulted in his death.

As per plaintiff's expert John Tobias' report:

> To summarize, the current path through Mr. Adams had to occur as follows.
>
> 1) From the welder work electrode connection (Direct Current positive)
> 2) Through the connecting cable to the work electrode, and.or the work electrode cable energizing the metal platform and railing.
> 3) From the platform and railing, through Mr. Adams back to his thigh and chest/neck/chin.
> 4) To the welding rod in contact with the torch electrode thence to the connecting cable back to the welder, completing the circuit.
>
> Either way, the current path thigh to center back and/or chest/chin to center back, transits the chest cavity. This path is the most dangerous electrical path through the body, due to the sensitivity of the heart to electrical current. Worse, TIG welding provides a constant current, so the welder circuitry would seek to drive it's rated current through the circuit, for as long as the circuit is completed. This current is far in excess of that needed to cause a fatal effect.

To further assess the mechanism of death and whether or not Mr. Adams' experienced conscious pain and suffering, the voltage that was conveyed to Mr. Adams' body needs to be evaluated. Again, as per Mr. Tobias' report:

> The Bobcat 260 is capable of several different welding functions and settings. Settings at the time of the accident were Tungsten Inert Gas (TIG) welding, 60-120 A, Voltage Level 3, as depicted in Exhibit 2. Necessarily, two electrical cables originate at the welder, one is clamped to the item to be welded (the 'work electrode') and the other terminates in an electrical 'torch' electrode. Notably, in the TIG setting, the work electrode is energized to DC positive, and the torch is DC negative. Another feature of the TIG setting is that the Bobcat 260 maintains a constant electrical current during the welding action. Tubing is coursed with the torch electrode cable, supplying the inert gas (Argon) to the torch for the purpose of excluding air at the point of the weld. This tubing is nonconductive and is not electrically significant. Photography indicates that the welder was not grounded or otherwise connected to any other services, with the exception of the work electrode which was connected to piping that Mr. Adams was welding.

Zander Adams    11

**Exhibit 2:**





Utilizing the volt-ampere curves in the Bobcat 260 Owner's Manual (URNA 201), "the volt-ampere curve shows the minimum and maximum voltage and amperage output capabilities of the welding generator. Curves of all other settings fall between the curves". For the continuous DC mode:



This shows that the maximum DC volts that Zander would have been exposed to would be 70V, which is considered low voltage.

When evaluating if an individual remains conscious and what they may experience, the amperage within the body should be calculated. Ohm's Law describes the relationship between voltage, current (amperage), and resistance:

Current (I) = Voltage (V) / Resistance (R)

The body's resistance to the flow of current (R) varies from high resistance in the skin, with dry skin offering higher resistance (up to 100,000 Ω or more) and wet or broken skin (as low as 1,000 Ω), to significantly lower in the internal organs, around 300 Ω. Using both the highest voltage output from the above graph and both the lower skin resistance and the higher skin resistance, the following calculations are made.

70V/1,000Ω = .070A
53V/100,000Ω = .00070A

The different sensations associated with different currents (amperage) is outlined in Table 1 below.

| Current (amperes) | Effect |
|---|---|
| 0.001 | tingle |
| 0.016 | Peak "let go" current (victim can still release object) |
| 0.020 | Muscular paralysis |
| 0.100 | Ventricular fibrillation |
| 2.000 | Ventricular standstill |
| 20.00 | Common household fuse blows |

Table 1. Examples of physiologic effects related to current.[1]

As the electricity contacted his body, Zander would experience significant pain from the burns as well as a sensation of electrical shock emanating from the site of contact. That current would then spread through his body resulting in muscular contractions and paralysis. The path of the electricity would affect his heart resulting in a cardiac arrhythmia (abnormal heart rhythm) and/or respiratory muscles resulting in respiratory paralysis. Either of these would have caused Zander to experience chest pain and a sensation of impending doom. Autopsy documented pulmonary congestion and edema, which is a buildup of blood and fluid in his lungs, consistent with a cardiac arrhythmia

---

[1] Wright RK, Davis JH. The investigation of electrical deaths: a report of 220 fatalities. J Forensic Sci. 1980 Jul;25(3):514-21. PMID: 7400764.

Zander Adams                                                                                    13

while he is still breathing.  Ultimately, there would be decreased blood flow and oxygen to his brain and resultant death. During this time, he would still be conscious and experiencing the above described symptoms."[2] Zander would have died shortly after this.

In coming to my opinions in this case, I utilized standard pathologic methods as I have in every injury evaluation I have performed over my career.  The documented injuries were evaluated as to potential mechanisms utilizing my education, training and experience.

All of the above opinions are given with a reasonable degree of medical certainty and are subject to change upon receipt of further information.

Thank you for the opportunity to review this case.  If you have any questions, please do not hesitate to call me at the above number.

Sincerely,

Jonathan Eisenstat, MD
Diplomate of the American Board of Pathology
Board certified, Anatomic and Forensic Pathology

---

[2] Madl C, Holzer M. (2004). Brain function after resuscitation from cardiac arrest. *Current opinion in critical care*, 2004; 10(3), 213-217.

JONATHAN EISENSTAT, M.D. 1

# CURRICULUM VITAE

**JONATHAN EISENSTAT, M.D.**
Mailing address:
7507 Roswell Road
PMB# 241
Sandy Springs, GA 30350
jeisenstatmd@pm.me
(C) 678-654-2107

## EMPLOYMENT:

2008 – Present

**Consultant**
Eisenstat Forensic Pathology, LLC (2016)
PO Box 567028
Atlanta, GA 31156

June 2022 – Present

**Adjunct Assistant Professor, Department of Pathology**
Emory St. Joseph's Hospital

June 2022 – Present

**Adjunct Assistant Professor, Department of Pathology**
Emory John's Creek Hospital

July 2023 – Present

**Medical Examiner, Part Time**
Cobb County Medical Examiner's Office
1497 County Services Pkwy
Marietta, GA 30008

February 2009 – October 2024

**Adjunct Assistant Professor, Department of Pathology**
Children's Healthcare of Atlanta

February 2022 – January 2023

**Medical Examiner, Part Time**
Fulton County Medical Examiner's Office
430 Pryor Street SW
Atlanta, Georgia 30312

November 2015 – January 2022

**Chief Medical Examiner**
Georgia Bureau of Investigation
Department of Forensic Sciences
3121 Panthersville Road
Decatur, GA 30034

October 2014 – October 2015

**Deputy Chief Medical Examiner**
Georgia Bureau of Investigation

JONATHAN EISENSTAT, M.D.                                                                    2

Department of Forensic Sciences
3121 Panthersville Road
Decatur, GA 30034

July 2006 – September 2014
**Associate Medical Examiner**
Georgia Bureau of Investigation
Department of Forensic Sciences
3121 Panthersville Road
Decatur, GA 30034

July 2009 – September 2015
**Consultant, Forensic Neuro and Cardiac Pathology**
Dekalb County Medical Examiner's Office
3550 Kensington Road
Decatur, GA 30032

January 2010- March 2014
**Medical Examiner, Part Time**
Dekalb County Medical Examiner's Office
3550 Kensington Road
Decatur, GA 30032

March 2008 – January 2012
**Medical Examiner, Part Time**
Fulton County Medical Examiner's Office
430 Pryor Street SW
Atlanta, Georgia 30312

## POST-GRADUATE TRAINING:

July 2005 – June 2006
**Forensic Neuro / Cardiac Pathology Fellow**
Office of Chief Medical Examiner of the City of New York
520 First Avenue
New York, NY 10016

July 2004 – June 2005
**Forensic Pathology Fellow**
Office of Chief Medical Examiner of the City of New York
520 First Avenue
New York, NY 10016

June 2003 – June 2004
**Pediatric Pathology Fellow**
New York University
Department of Pediatric Pathology
New York, NY 10016

February 2000 – May 2003
**Pathology Resident**
State University of New York at Stony Brook
Department of Pathology
University Hospital and Health Science Center

JONATHAN EISENSTAT, M.D.                                                                    3

June 1998- January 2000

Stony Brook, NY 11794-7025

**Resident in General Surgery**
Staten Island University Hospital
Department of Surgery
475 Seaview Avenue
Staten Island, NY 10305

## EDUCATION:

1994-1998

**Sackler School of Medicine / American Program**
Tel Aviv University
Ramat Aviv, Israel
M.D., May 1998

1989-1993

**University of California at Davis**
Davis, CA
B.A. in Dramatic Art

## PAST FACULTY POSITIONS:

2018-2022          **Augusta University Medical Center**
                   Clinical Assistant Professor, Department of Pathology

2008-2012          **Emory University School of Medicine**
                   Clinical Assistant Professor of Pathology and Laboratory Medicine

2003-2006          **New York University Medical Center**
                   Clinical Instructor, Pathology

## PROFESSIONAL ORGANIZATIONS:

Society for Pediatric Pathology (2003 – present)
American Academy of Forensic Sciences (2007 - present)
National Association of Medical Examiners (2008 - present)
    - Board of Directors (2022 – present)
Society for Cardiovascular Pathology (2011 – present)
College of American Pathologists (2016 – present)
United States and Canadian Academy of Pathology (2003 – 2023)

## COMMITTEES:

Member, Forensic Pathology Committee, College of American
    Pathologists (2025 – present)
Member, Ad hoc Forensic Toxicology Committee, National
    Association of Medical Examiners (2025 – present)
Member, Ad hoc Postmortem Imaging Committee, National
    Association of Medical Examiners (2025 – present)
Member, Bylaws committee, National Association of Medical
    Examiners (2024 – present)
Member, Advisory Board, LifeLink of Georgia (2012 - present)
Vice chair, Medical Review Group, State of Georgia (2016 – present)

JONATHAN EISENSTAT, M.D.                                                      4


## PAST COMMITTEES:

Member, Ad hoc - International Relations Committee, National
Association of Medical Examiners (2022 – 2023)

Member, Ad hoc-Government Affairs, National Association of Medical
Examiners (2019 – 2021)

Member, Forensic Pathology Committee, College of American
Pathologists (2017 – 2023)

Member, Georgia Coroner's Training Council (2015-2021)

Member, Child Fatality Review, State of Georgia (2015 – 2021)

Body Recovery Team, State of Georgia (2013 – 2022)

Mass Disaster Preparedness Committee, Metro Atlanta, Department of
Health (2013 – 2022)

Member, Ad hoc-International Relations, National Association of
Medical Examiners (2019 – 2020)

Member, Ad hoc – Protocols for Interagency Interactions in Mass
Fatality Incidents, National Association of Medical Examiners
(2015 – 2020)

Chair, Advisory Board, LifeLink of Georgia (2016 - 2020)

Member, Ad-hoc ISO 17020 Transition, National Association of
Medical Examiners (2016 – 2018)

Member, Sudden Death in the Young Registry (2015 – 2018)

Councilor, Society for Cardiovascular Pathology (2015-2018)

Chair, Membership Committee, Society for Pediatric Pathology (2014-
2017)

Member, Ad hoc – Organ and Tissue Donation, National
Association of Medical Examiners (2014 – 2024)

Member, Ad hoc – State Medical Examiners Liason, National
Association of Medical Examiners (2016 – 2017)

Member, Ad hoc – Organ and Tissue Retention, National Association
of Medical Examiners (2014 – 2016)

Vice Chair, Advisory Board, LifeLink of Georgia (2014 - 2015)

Community Mortality Review Committee, Department of Behavioral
Health and Developmental Disabilities (2014 – 2015)

Member, Ad hoc – Study of Quality Improvement by Peer Review in
the ME Office, National Association of Medical Examiners
(2013 – 2016)

Member, Advisory Board, LifeLink of Georgia (2012 – 2014)

Member, Membership Committee, Society for Pediatric Pathology
(2012 – 2014)


## MEDICAL LICENSE:

Georgia – License Number: 057454
New York – License number: 217826


## BOARD CERTIFICATION:

Anatomic Pathology - November 12, 2003
Forensic Pathology - September 19, 2005

JONATHAN EISENSTAT, M.D.                                                                5

## PUBLICATIONS:

### Journals:

Eremeeva M, Durden L, **Eisenstat J**, Hargrove B, Mondor E. A Severe Head louse (Pediculus Humanus Capitis) Infestation: Timeline, Pathogen Detection, kdr -Gene Screening and Morphological Anomalies of Lice. *Med Vet Entomol*. 2024;1–9

**Eisenstat J,** Gilson T, Reimann J, Sampson B. Low Grade Myofibroblastic Sarcoma of the Heart Causing Sudden Death. *Cardiovascular Pathology*. 17:55-59, 2008.

Prakash S, Sarran L, **Eisenstat J,** Antonescu CR et al. Gastrointestinal Stromal Tumors in Children and Young Adults: A Clinicopathologic, Molecular, and Genomic Study of 15 Cases and Review of the Literature. *Journal of Pediatric Hematology / Oncology.* 27 (4): 179 – 187, 2005, April.

Samara GJ, Schaffner AD, **Eisenstat J**, Nguyen HL. The Effects of the Plasminogen Pathway on Scar Tissue Formation. Laryngoscope. 114 (1): 46 – 49, 2004, January.

### Book Chapters:

**Eisenstat J,** Grandhi N, Asphyxial Deaths. In: *Forensic Pathology: Principles and Pitfalls.* CAP Press. (2025)

**Eisenstat J,** Darrisaw L, Andrews E, Pediatric Forensic Pathology. In: *Pediatric Pathology, Fifth Edition.* Wolters Kluwer. (2021)

**Eisenstat J,** Pediatric Forensic Pathology. In: *Pediatric Pathology, Fourth Edition.* Wolters Kluwer. (2015)

### Peer Reviewed Continuing Education:

**Eisenstat J**
Hydrogen Sulfide Toxicity. Forensic Pathology Program. Northfield, IL: College of American Pathologists., In press.

**Eisenstat J,** Grandhi N, DiMarco M
Fire Related Deaths, FR-B 2023. Case 9. Forensic Pathology Program. Northfield, IL: College of American Pathologists; 2023.

**Eisenstat J**
Sodium Nitrite Toxicity, FR-A 2022. Case 6. Forensic Pathology Program. Northfield, IL: College of American Pathologists; 2022.

**Eisenstat J,** Grandhi N
Chop Wounds, FR-A 2020. Case 2. Forensic Pathology Program. Northfield, IL: College of American Pathologists; 2020

**Eisenstat J**, Hawes A
Interrupted Aortic Arch, FR-A 2019. Case 1. Forensic Pathology Program. Northfield, IL: College of American Pathologists 2019

JONATHAN EISENSTAT, M.D.                                                                           6

**Eisenstat J** , Sudden Death Resulting from a Colloid Cyst of the Third
Ventricle.
*Check Sample, Forensic Pathology No* FP04-5
Chicago, IL: ASCP Press: 2004

**Eisenstat J**, Ethylene Glycol Toxicity.
*Check Sample, Forensic Pathology No*. FP03-5
Chicago, IL: ASCP Press; 2003

**Eisenstat J**. Chop Injuries.
*Check Sample, Forensic Pathology No* FP 03-10
Chicago, IL: ASCP Press; 2003

**Eisenstat J**, Bock J. Hypokalemic Thyrotoxic Periodic Paralysis.
*Check Sample, Clinical Chemistry No* CC01-8.
Chicago, IL: ASCP Press; 2001.

**Posters:**

Gooding AF, **Eisenstat J**
*Historical and Cultural Complications of Repatriating Forensic*
*"Cases" in the Southeastern United States*
American Academy of Forensic Sciences Annual Scientific Meeting
February 2020, Anaheim, CA

Gooding AF, **Eisenstat J**
*An Interdisciplinary Approach to Data Collection of Unidentified*
*Juvenile Remains at the Georgia Bureau of Investigation (GBI)*
American Academy of Forensic Sciences Annual Scientific Meeting
Poster Presentation February 2020, Anaheim, CA

Goss C, Gagne JP, **Eisenstat J**
*Difficult Intubation in the Delivery Room.*
Joseph Dancis Research Day, New York University

Gurses B, **Eisenstat J**, Baram D
*Rare Cause of Pneumomediatinum Diagnosed by Flexible*
*Bronchoscopy.*
Poster presentation at 12th World Congress for Bronchology

Cundiff CA, Metry DM, Abramowsky CR, **Eisenstat J,** Darrisaw L,
Palle S, Bhatia A, Shehata B
*Pediatric Right Ventricular Cardiac Steatosis Following*
*Immunosuppressant Treatment*
Poster Presentation at Society for Pediatric Pathology, March 2015

## CONFERENCE PRESENTATIONS:

*Investigation of Asphyxial Deaths*
Masters 22 Conference
St. Louis University – Death Investigation Course
Hyatt Regency at the Arch
St. Louis, MO
5/26/2022

JONATHAN EISENSTAT, M.D.                                                        7

*Head Trauma and Consciousness*
North American Brain Injury Society
Annual Conference
Roosevelt Hotel
New Orleans, LA
2/26/2020

*The Opioid Epidemic: A Medical examiner's Approach*
Prosecuting Attorney's Council of Georgia
Winter Conference
Brasstown Valley Resort
Young Harris, GA
1/24/2020

*Shaken Baby Syndrome and Investigation of Death in Children*
25th National Congress on Criminalistics
Convention Center of Goiania
Goiania, Brazil
10/3/19

*Using Current Techniques to Identify Skeletonized Remains*
National Criminal Justice Training Center
Missing and Unidentified Persons Conference
The Golden Nugget
Las Vegas, NV
9/16/19

*The Opioid Epidemic – It Affects Everyone*
Masters 18 Conference
St. Louis University – Death Investigation Course
Hyatt Regency at the Arch
St. Louis, MO
8/7/19

*Using Current Techniques to Identify Skeletonized Remains*
Fourth Annual Conference in Forensic and Pediatric Pathology
Georgia Aquarium
Atlanta, GA
6/9/19

*Where's the Aorta? Aortic Arch Abnormalities*
Fourth Annual Conference in Forensic and Pediatric Pathology
Georgia Aquarium
Atlanta, GA
6/9/19

*Assuming a Leadership Role: Looking Back*
Annual Women in Policing Conference
International Law Enforcement Academy
Budapest, Hungary
4/16/2019

*It is not Over Yet: Accounting for the Dead*
10th Annual Law Enforcement and Private Sector Business Continuity
Summit
Georgia World Congress Center

Atlanta, GA
12/7/18

*A partnership Model for Creating Continuity in the Medical Examiner Setting During a Mass Fatality*
National Healthcare Coalition Preparedness Conference
Hilton Riverside
New Orleans, LA
11/28/18

*The Opioid Epidemic: It affects everyone*
Georgia Crime Information Center Symposium
Savannah International Trade and Convention Center
Savannah, GA
8/21/18, 8/22/18

*Fatal Wounds*
Prosecuting Attorneys Council Summer Meeting
Jekyll Island, GA
7/23/18

Infant *Death during Sleep: The Role of Doll Re-enactments*
University of Ottawa Annual Conference in Forensic and Pediatric Pathology
Ottawa Conference and Event Centre
200 Coventry Road, Ottawa, Ontario K1K 4S3
6/15/18

*Organ Donation in a Medical Examiner Setting*
Organ Donation and Transplantation Alliance
Webinar
6/12/18

*Where's the Aorta: Aortic Arch Abnormalities*
University of Ottawa Annual Conference in Forensic and Pediatric Pathology
Ottawa Conference and Event Centre
200 Coventry Road, Ottawa, Ontario K1K 4S3
6/14/18

*Assuming a Leadership Position*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/8/17

*Death Investigation*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/8/17

*Deaths due to Drug Intoxication*
Association of Organ Procurement Organizations Compass Conference

JONATHAN EISENSTAT, M.D.                                                                9

Marriot Marquis
Atlanta, GA
2/8/17

*Investigation of Childhood Deaths*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/1/16

*Investigation of Childhood Deaths*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/4/15

*Child abuse/Child Injury Investigation*
Annual Women in Policing Conference
United States Embassy/International Organization for Migration
Radisson Blu Iveria
Tbilisi, Republic of Georgia
3/5/14

**LECTURES:**

*Forensic Pathology and the Role of the Medical Examiner*
BIOL 5141 – Forensic Biology
Georgia Southern University
2/16/2022

*Death Investigation: A collaborative Effort*
Korean National Police University
Asan, Republic of Korea
6/7/18

*Death Investigation: A collaborative Effort*
Seoul Institute, National Forensic Service
Seoul, Republic of South Korea
6/4/18

*Deaths due to Drug Intoxication*
Trauma Grand Rounds, Invited Speaker
University of Florida Health Jacksonville
Jacksonville, FL
5/3/17

*Anatomy (Head and Facial Bones, Ears, Eyes, Vertebrae, Spinal cord, Back Structures, Chest Wall, Mediastinum, Buttocks, Femoral Canal, Popliteal Fossa, and Lower Extremity)*
College of Medicine, University of Malawi
Blantyre, Malawi
9/28/2015 – 10/9/2015

JONATHAN EISENSTAT, M.D.                                                    10

*Mass Fatality Incident – Medical Examiner's Role*
Georgia Department of Public Health
The Twelve Hotel – Centennial Park
Atlanta, GA
5/20/2015

*Investigation of Childhood Deaths and Re-enactments*
Georgia Bureau of Investigation/Agent Course
Georgia Public Safety Training Center
1000 Indian Springs Drive
Forsyth, GA 31029
11/6/14

*Child Death Investigation*
LaGrange Police Department
LaGrange, GA
9/4/14

*Child Death Investigation*
Peace Officers Association of Georgia Annual Meeting
Marriot Riverfront
100 General McIntosh Blvd
Savannah, GA 31401
8/27/14

Mass *Fatality Incident – Medical Examiner Role*
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30333
8/21/14

*Mass Fatality Incident – Medical Examiner Role*
Mass Fatality Workshop
Georgia Department of Public Health
Holiday Inn, Macon North
Macon, GA
5/15/14

*Investigation of Infant Deaths*
Child abuse specialists/Georgia Bureau of Investigation
Georgia Public Safety Training Center
1000 Indian Springs Drive
Forsyth, GA 31029
8/20/13

*Medical certification of death: A forensic pathologist's view*
Northside Hospital
Atlanta, GA
6/16/11

*Introduction to forensic pathology*
Medical College of Georgia / The University of Georgia Medical
Partnership
Athens, GA
1/19/11

JONATHAN EISENSTAT, M.D.                                                                11

*Forensic Pathology*
Anthropology 3550/6550
University of Georgia
Athens, GA
3/29/10

*Introduction to forensic pathology*
Medical College of Georgia / The University of Georgia Medical
Partnership
Athens, GA
3/3/10

*Introduction to forensic pathology*
Medical College of Georgia / The University of Georgia Medical
Partnership
Athens, GA
1/13/10, 3/3/10

*Investigation of Natural Deaths and Blunt Injury Deaths*
Clayton County Police Department
Jonesboro, GA
3/4/09

*Death Certification*
El Camino Hospital
Mt View, CA
12/4/07

*Forensic Pathology*
Piedmont Hospital
Atlanta, GA
4/18/07

*Neuropathology of HIV*
Office of Chief Medical Examiner
New York, NY 10016
11/17/05

*Introduction to Forensic Pathology*
Nairobi University Hospital
Nairobi, Kenya
10/11/2005

*Introduction to Forensic Pathology*
Human Osteology Course
Hunter College
New York, NY
2/23/2005

*Chop Wounds*
Office of Chief Medical Examiner
New York, NY 10016
12/02/2004

JONATHAN EISENSTAT, M.D.                                                      12

## **CONFERENCES:**

Fourth Annual Conference in Forensic and Pediatric Pathology
Georgia Aquarium
Atlanta, GA
6/9/19
Conference Director

American Academy of Forensic Sciences Annual Meeting
Virtual meeting
2/19/2021
Moderator – Pathology Biology Session

*Revised July 2025*



JONATHAN EISENSTAT, M.D.
EISENSTAT FORENSIC PATHOLOGY, LLC
7507 Roswell Road
PMB #241
Sandy Springs, GA 30350
Telephone: 678-654-2107
jeisenstatmd@pm.me

**DEPOSITIONS**

**2021**

1.  Tina Sheesley et al vs. Raye Blackwood et al
    Graham E. Sutliff
    Sutliff & Stout
    3600 Bee Cave Road, Suite 102
    Austin, Texas 78746
    District Court, Burnet County, TX
    Cause No. 05774
    Plaintiff, injury causation, pain and suffering, struck by pipe
    Deposition, 1/14/2021

2.  Joanne Kuhn vs. James Clifford, MD et al
    Harris Feldman
    Blume, Forte, Fried, Zerres, & Molinari
    One Main Street
    Chatham, NJ 07928
    Superior Court, New Jersey, Bergen County
    Docket No.: BER-L-772-18
    Plaintiff, medical malpractice, cause of death, timing of myocardial infarct
    Deposition, 2/8/2021

3.  Lombrana vs. Stallion Production Services et al
    Cullen Moore
    Wigington, Rumley Dunn & Blair L.L.P.
    601 Howard Street
    San Antonio, Texas  78212
    District Court, 293rd Judicial District, Dimmitt County, TX
    Cause no. 19-05-13656-DCV
    Plaintiff, injury causation, H2S exposure
    Deposition, 2/25/2021

4.  Barry Jenkins vs United States of America
    GBI autopsy
    United States District Court, Southern District of Georgia, Augusta Division
    Case 1:20-cv-00033
    Wrongful death, drug intoxication

Jonathan Eisenstat, MD                    Depositions                                        2

Deposition, 3/17/2021

5.  David Welch vs. Brandon Barner et al
    Greg Allen
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    218 Commerce Street
    PO Box 4160
    Montgomery, AL 36103-4160
    Circuit Court of Mobile, AL
    Case No. CV-2019-903280
    Plaintiff, bus rollover, traumatic asphyxia
    Deposition, 3/18/2021

6.  Gosa vs. Alabama & Gulf Coast Railway, et al
    Jonathan K. Findley, Esq.
    Arnold & Itkin LLP
    6009 Memorial Drive
    Houston, Texas 77007
    Circuit Court of Pickens County, AL
    Case No. 54-CV-2018-900051.00
    Plaintiff, delayed seizure death after blunt head trauma
    Deposition, 3/24/2021

7.  Mohamed Massaquoi vs. Mountain Motorsports and Polaris
    Noah Abrams
    Abrams & Abrams, P.A.
    1526 Glenwood Avenue
    Raleigh, North Carolina 27608
    State Court of Rockdale County, GA
    Case No. 2019-SV-1579
    Plaintiff, crush injury of hand
    Deposition, 4/19/2021

8.  Jacob Ohl vs. CSX Transportation
    Cale Conley
    Conley, Griggs, Partin
    4200 Northside Parkway, NW Building One, Suite 300
    Atlanta, GA 30327
    United States District Court, Northern District of Georgia, Atlanta Division
    Civil Action, File No. 1:19-cv-01446-SCJ
    Plaintiff, pedestrian struck by train
    Deposition, 5/6/2021

9.  Susan Byers vs. Central Transport et al
    Kevin Liles
    Liles White
    500 N. Water Street, Suite 800
    Corpus Christi, TX 78401
    State of New Mexico, County of Santa Fe, First Judicial District
    No. D-101-CV-2018-02066
    Plaintiff, delayed septic complications of motor vehicle collision
    Deposition, 5/13/2021

Jonathan Eisenstat, MD                     Depositions                                3

10. Laura Olger (Wykes) vs. Cooley and Flint
    Matthew Curtis
    Sommers Schwartz, PC
    One Towne Square, 17th floor
    Southfield, MI 48076
    State of Michigan, Circuit Court County of Genesee
    Case No. 19-113320-NH
    Plaintiff, cardiac death vs seizure
    Deposition, 5/20/2021

11. Joanna Coulter (Derringer) vs. TX Eastern transmission et. al.
    Kyle Findley
    Arnold & Itkin
    6009 Memorial Drive
    Houston, TX 77007
    295th Judicial District, District Court of Harris County, TX
    Consolidated Cause No. 2019-56490
    Plaintiff, gas pipeline explosion, pulmonary barotrauma and thermal injuries
    Deposition, 5/24/2021

12. Bryan Livengood vs. Halliburton Energy Services et. al.
    Kyle Findley
    Arnold & Itkin
    6009 Memorial Drive
    Houston, TX 77007
    334th Judicial District, District Court of Harris County, TX
    Cause No. 2019-47237
    Plaintiff, motor vehicle collision, post collision fire
    Deposition, 7/1/2021

13. Dorothy Broussard vs. Rodney Turnipseed and Dallas Container Corporation
    Daniel Smith
    Law Office of Joel A. Levine
    1515 W. Koenig Ln. Suite 100
    Austin, Texas 78756
    District Court, 101st Judicial District, Dallas County TX
    Cause No. DC-20-06444
    Plaintiff, Pedestrian Struck by Motor Vehicle
    Deposition, 7/6/2021

14. Joleen Youngers (Rojo) vs, AFT Transport et. al.
    Jason Medina
    Glasheen, Valles & Inderman
    1302 Texas Avenue
    Lubbock, TX 79401
    State of New Mexico, County of Santa Fe, First Judicial Court
    Case No. D-101-CV-2019-00855
    Plaintiff, MVA post collision fire, natural or accident
    Deposition, 8/10/2021

15. Salinas vs. Ortiz et. al.
    Corey Arzoumanian
    The Homampour Firm

Jonathan Eisenstat, MD                Depositions                                4

15303 Ventura Boulevard, Suite 1450
Sherman Oaks, CA 91403
Superior Court of State of California, County of Los Angeles
Case No. BC569227
Plaintiff, MVA, DAI, blunt injury, hypoxia
Deposition (2nd), 8/27/20201

16. Jeprece Roussell vs. PBFX Operating company, LLC, ET AL.
Roland Christensen
Arnold & Itkin
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX 77007
19th Judicial District Court for the Parish of East Baton Rouge
State of Louisiana
Docket No. C-672352
Plaintiff, asphyxia in refinery tank
Deposition, 9/2/2021

17. Marcus Henley, et. al. v. Lizard Lounge Dallas, Inc.
CJ Baker
Armstrong & Lee
2900 North Loop West Suite 830
Houston, TX 77092
District Court of 116th Judicial Circuit, Dallas County, TX
Cause No. DC-20-11877
Plaintiff, positional asphyxia
Deposition, 11/4/2021

18. Bill Murphy v. Tracy Jay Wright et. al.
R. Blake Brunkenhoefer
Brunkenhoefer, P.C.
500 N. Shoreline Blvd., Suite 1100
Corpus Christi, TX 78401
County Court, Neuces County, Texas
Cause No. 2018CCV-60633-4
Plaintiff, drowning, boat capsize
Deposition, 12/3/2021

19. Kasey Adame v. Yosmely Vadillo et. al.
Graham Sutliff
Sutliff & Stout
3600 Bee Cave Road, Suite 102
Austin, Texas 78746
District Court of Harris County, TX
Cause No. 2019-89362
Plaintiff, MVA, fear of impending doom
Deposition, 12/10/2021

20. Marivel Salinas Rodriguez vs. Kubota Corpration et. al.
Jeffrey G. Wigington
Wigington Rumley Dunn & Blair, L.L.P.
123 North Carrizo Street

Corpus Christi, TX 78401
District Court, 370th Judicial District, Hidalgo County, TX
Cause No. C-1266-18-G
Plaintiff, wheel struck face, cause of death, conscious pain and suffering, toxicology
Deposition, 12/15/2021

21. Wong et. al. v. Morrow equipment company et. al.
Peter Meyers
Swanson, Gardner, Meyers
4512 Talbot Road South
Renton, WA 98055
Superior Court of Washington for King County
No. 19-2-07615-7
Plaintiff, crane fall onto vehicle, compression asphyxia and blunt injuries
Deposition, 12/30/2021

**2022**

1. Remigio v. Manuel Campos et. al.
Eric Penn
The Penn Law Firm
102 S. Ragsdale Street
PO Box 2079
Jacksonville, TX 75766
District Court of Harris County, TX
Cause No. 2018-17344
Plaintiff, MVA, pinned in vehicle
Deposition, 2/1/2022

2. Jackson Klopstein v. Barry Felker
Tarun Rana
Rana Law Group
655 Craig Rd, Suite 252
St. Louis, MO 63141
Circuit Court of the County of St. Louis, State of Missouri
Cause No.: 20SL-CC03265
Plaintiff, carbon monoxide exposure in vehicle
Deposition, 2/4/2022

3. Bryan Baseflug, Sr et.al. vs American Speed Inc.
Joseph McGowin
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
District Court, Harris County, Texas
Cause No. 2019-40983
Plaintiff, ejected from motorcycle
Deposition, 2/14/2022

4. Lucio Martinez (Cabrera) v. Ram Tool and Supply Company et.al.
Mr. Ryan Toomey
Zinda Law Group, PLLC
8834 North Capital of Texas Highway, Suite 304

Austin, Texas 78759
District Court, Travis County, Texas
Cause No. D-1-GN-20-005296
Plaintiff, pedestrian struck by vehicle
Deposition, 2/17/2022

5.  Alberta Ward v. Vita Surgical Group, LLC et. al.
    Andrew Vernick
    Vernick & Associates
    111 Annapolis Street
    Annapolis, MD 21401
    Superior Court, District of Columbia
    Case No. 2018 CA 006799 M
    Defense, post liposuction death, question of lidocaine toxicity
    Deposition, 4/5/2022

6.  Krista Ramos v. Stellantis North America and BabyTrend
    Simon Purnell
    Griffin Purnell
    8555 West Forest Home Avenue
    Suite 205
    Greenfield, WI 53228
    United States District Court, Southern District of Texas, Corpus Christi Division
    Case No. 2:21-cv-00099
    Plaintiff, MVA, fire, two children died in vehicle
    Deposition, 4/19/2022

7.  Rosalba Aguilar v. Ford Motor Company
    Adam Milasincic
    The Ammons Law Firm
    3700 Montrose Boulevard
    Houston, Texas 77006
    United States District Court, District of Nevada
    Case No.: 3:21-cv-00359-MMD-WGC
    Plaintiff, Rollover, roof crush, mechanical asphyxia
    Deposition, 5/16/2022

8.  Carol Hubler vs. Walter Fingerer MD, et.al.
    Tulio Iacono
    Cole, Scott, Kissane, P.A.
    9150 S. Dadeland Blvd.
    Suite 1400
    Miami, FL 33256
    Circuit Court, 17th Judicial Circuit, Broward County, FL
    Case No.: CACE 19 021921
    Defense, medical negligence, delayed diagnosis of SCC neck, cause of death
    Deposition, 6/1/2022

9.  Jaime Flores vs. Intex Recreation Corp.
    Stuart White
    Liles White, PLLC
    500 N. Water St., Suite 800
    Corpus Christi, TX 78401-0232

County Court at Law No. 4, Neuces County, TX
Cause No. 2020CCV-60971-4
Plaintiff, drowning in above ground pool, cause and pain and suffering
Deposition, 6/2/2022

10.  Wiltshire vs. Shoei Company Ltd.
     Jerry Guerra
     Wigington Rumley Dunn & Blair, LLP
     123 North Carrizo Street
     Corpus Christi, Texas 78401
     District Court, Southern District of Texas, Corpus Christi Division
     CIVIL ACTION NO. 2:19CV399
     Plaintiff, motorcycle incident, helmet, cause of death and pain and suffering
     Deposition, 6/29/2022

11.  Ireland v. Apple, Inc.
     Steven K. Gerber
     Cozen O'Connor
     One Liberty Place
     1650 Market Street Suite 2800
     Philadelphia, PA 19103
     United States District Court, District of New Jersey
     Case No.: 2:19-CV-05619 (CCC)(ESK)
     Plaintiff, housefire, cause of death and pain and suffering
     Deposition, 8/16/2022

12.  Blaylock v. Central Puget Sound Transit Authority, et al
     Todd W. Gardner
     Swanson Gardner Meyers, PLLC
     4512 Talbot Road South
     Renton, WA 98055
     Superior Court of Washington for King County
     NO. 19-2-04009-2 SEA
     Plaintiff, bicyclist hit by pickup into Jersey barrier and run over
     Deposition, 8/18/2022

13.  Coiffard v. Ford Motor Company
     Anne M. Dieruf, Esq.
     Jordan Herrington & Rowley
     5445 DTC Parkway, Suite 1000
     Greenwood Village, Colorado 80111
     Common Pleas Court, Erie County, Ohio
     Case No.: 2020 CV 0343
     Plaintiff, delayed complications of blunt chest injuries (MVA)
     Deposition, 8/19/2022

14.  James McCormick vs. Sara Earlene O'Reilly
     David A. Vukelja
     595 W. Granada Blvd., Ste. L
     Ormond Beach, FL 32174
     Circuit Court, 7th Judicial Circuit, in and for Volusia County, FL
     Case Number 2019 11651 PRDL

Jonathan Eisenstat, MD                    Depositions                                        8

Plaintiff, 2 GSW to head, question order and physical abilities
Deposition, 8/22/2022

15. Wright v. Bavaria Inn
    Donald Sisson
    Elkus & Sisson, P.C.
    7100 E Belleview Avenue
    Suite 101
    Greenwood Village, CO 80111
    District Court, Arapahoe County, State of Colorado
    Case Number: 2019CV32418
    Division: 21
    Plaintiff, altercation at club, restrained prone, carotid hold
    Deposition, 9/2/2022

16. Ramanand Singh vs. Honda Motor Company
    Steve Hilst, Esq.
    Bisnar Chase LLP
    One Newport Place
    1301 Dove Street, Ste. 120
    Newport Beach, CA 92660
    Superior Court, State of California, County of Los Angeles, Central District
    Case No. 20STCV27868
    Plaintiff, seatback failure, subdural and subarachnoid hemorrhage, cause of death
    Deposition, 9/13/2022

17. Raggio vs. American News Company et.al.
    John Grinnan
    Arnold & Itkin, LLP
    56009 Memorial Drive
    Houston, Texas 77007
    31st Judicial District Court, Jefferson Davis Parish, State of Louisiana
    Docket No. C-45-20
    Plaintiff, MVA, fetus death
    Deposition, 9/15/2022

18. Jeffrey Helmling vs. Western Reserve Hospital
    David E. Oeschger, Jr.
    The Becker Law Firm
    134 Middle Avenue
    Elyria, OH 44035
    Court of Common Pleas, Summit County, Ohio
    Case No. CV-2021-05-1641
    Plaintiff, post cervical surgery neck hemorrhage, asphyxia, anoxic encephalopathy
    Deposition, 9/16/2022

19. Tamela Marble vs. Keystone Automotive Inc, et.al.
    Grant Boston
    Hamilton Wingo, LLP
    325 N. St. Paul Street, Suite 3300
    Dallas, Texas 75201
    County Court, at Law No. 4, Dallas County TX
    Cause No. CC-21-01573-D

Plaintiff, blunt head injury while at work
Deposition, 9/21/2022

20. Eileen White vs. Sherwood Construction et.al.
    Patrick Carr
    Carr & Carr
    4416 S. Harvard Ave.
    Tulsa, OK 74135
    District Court of Oklahoma County, State of Oklahoma
    Case No. CJ-2020-4901
    Plaintiff, drowning after MVA
    Deposition, 9/30/2022

21. Antonio Granado vs. FedEx freight
    John Grinnan
    Arnold & Itkin
    6009 Memorial Drive
    Houston, TX 77007
    District Court, Travis County, TX
    Cause No. D-1-GN-19-007104
    Plaintiff, vehicle rear ended by FedEx tractor trailer
    Deposition, 10/31/2022

22. Kelley et.al. vs. Mattel, Inc et.al.
    Trent Shelton
    Arnold & Itkin
    6009 Memorial Drive
    Houston, TX 77007
    District Court, Southern District of Texas, Corpus Christi Division
    Civil Action No. 2:21-cv-00231
    Plaintiff, Infant asphyxia in Rock 'n Play Sleeper
    Deposition, 11/4/2022

**2023**

1.  Shanks vs. Globe Metallurgical, Inc et.al.
    Edwin Lamberth
    The Gilmore Firm
    1706 Dauphin Street
    Mobile, Alabama 36604
    Circuit Court, Dallas County, Alabama
    Case No. CV-2018-900117)
    Plaintiff, facial burns, esophageal intubation
    Deposition, 1/5/2023

2.  Champion and Jones vs. Board of Regents of the University System of Georgia
    Robert D. Cheeley, Esq. and Andre T. Tennille, Esq.
    Cheeley Law Group, LLC
    2500 Old Milton Parkway, Suite 200
    Alpharetta, Georgia 30009
    State Court of Baldwin County Georgia
    Civil Action File No.: STCV2019006003
    Plaintiff, bicyclist struck by bus

Jonathan Eisenstat, MD                Depositions                                        10

Deposition, 1/19/2023

3.   Andre West vs. Chateau Riviera Limited Partnership
     Kevin Riddle
     Fieger, Fieger, Kenney & Harrington, P.C.
     19390 West Ten Mile Road
     Southfield, MI 48075
     State of Michigan in the Circuit Court for the County of Oakland
     Case Number 21-189160-NI
     Plaintiff, 2 year old hanging in window blinds
     Deposition, 1/30/2023

4.   Strickland v. U-haul international, et.al.
     Davis Popper
     Conley Griggs Partin, LLP
     4200 Northside Parkway, NW
     Building One Suite 300
     Atlanta, Georgia 30327
     State Court of Clayton County, Georgia
     Civil Action No.: 2020CV01324
     Plaintiff, Propane explosion with burn and pain
     Deposition, 3/21/2023

5.   Ratliff (Scott,Hord) vs. Valenzuela and Tim Icenhower Oil & Gas
     Eric Penn
     The Penn Law Firm
     102 S. Ragsdale Street
     PO Box 2079
     Jacksonville, TX 75766
     District Court, 369th Judicial District
     Cherokee County, TX
     Cause No. 2020080271
     Plaintiff, Two men in MVA, blunt injuries, pain and suffering
     Deposition, 3/22/2023

6.   Patricia Lowery Anderson vs. Providence Hospital
     Brian Duncan
     Cunningham Bounds
     1601 Dauphin St
     Mobile, AL 36604
     Circuit Court of Mobile County, AL
     Case No.: CV-20-902279
     Plaintiff, MVA, to hospital, placed in waiting room for hours
     Deposition, 3/24/2023

7.   Lionel S. Dorsey vs. Michael Sokoloff, et al.
     Alicen Jobes
     Potter Burnett
     16701 Melford Blvd, Suite 421
     Bowie, MD 20715
     United States District Court, District of Maryland, Southern Division
     Civil No.: PJM 18-829
     Plaintiff, police restraint during seizure with CEW and prone restraint

Deposition, 4/11/2023

8.  Gloria Dent et.al. vs. Jinu Kamdar M.D. et.al.
    Meg Hatfield Yanacek
    Meg Hatfield Law, LLC
    40 Powder Springs Street
    Marietta, Georgia 30064
    State Court of Cobb County, GA
    Civil Action File No.: 16A3166-3
    I performed the autopsy in 2014
    Inominate artery injury s/p trach
    Deposition, 5/1/2023

9.  Antonio Granado vs. FedEx freight
    John Grinnan
    Arnold & Itkin
    6009 Memorial Drive
    Houston, TX 77007
    District Court, Travis County, TX
    Cause No. D-1-GN-19-007104
    Plaintiff, vehicle rear ended by FedEx tractor trailer
    Deposition, 5/16/2023 (continued from 10/31/2022)

10. Terrell Allen vs.Macon County, AL, City Of Tuskegee, and FCA
    J. Greg Allen, Esq.
    Beasley, Alen, Crow, Methvin, Portis & Miles, P.C.
    P. O. Box 4160
    Montgomery, AL 36104
    Circuit Court of Macon County, AL
    Civil Action No. CV-2021-900062
    Plaintiff, MVA with fire
    Deposition, 6/9/2023

11. Johnson vs. Sanford Clinic North
    Peter Zuger
    Serkland Law Firm
    10 Roberts Street
    P.O. Box 6017
    Fargo, ND 58108-6017
    State of North Dakota, County of Cass
    District Court, East Central Judicial District
    Case No.: 09-2022-CV-02766
    Defense, medical malpractice, TPN vs. chylous pericardial effusion
    Deposition, 7/5/2023

12. Parish (Salter) vs. Ford Motor Company
    Graham Esdale
    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
    P. O. Box 4160
    Montgomery, AL 36103-4160
    Circuit Court, Montgomery County AL
    Civil Action No.: 03-CV-2019-900896
    Plaintiff, cause of death, post-collision fire

Jonathan Eisenstat, MD                Depositions                                12

Deposition, 7/6/2023

13. Estate of Deborah Jackson
    Richard Hinig
    217 N. Broadway St.
    New Philadelphia, Ohio 44663
    Probate Court, Wayne County OH
    2022 PB-E 000107
    Motorcycle collision, Conscious pain and suffering
    Deposition 7/26/2023

14. Dorothy (Charlie) Rose vs. Braum's, Inc.
    Austin C. Walters
    Denton Law Firm
    925 West State Highway 152
    Mustang, Oklahoma 73064
    District Court of Canadian County, OK
    Case No.: CJ-2021-291
    Plaintiff, fall in supermarket, cause of death, conscious pain and suffering
    Deposition, 7/27/2023

15. Rebecca Langenfeld vs. Chatham Pathology Associates et.al.
    Frederick S. Bergen, Esq.
    Bergen & Bergen, P.C.
    123 East Charlton Street
    Savannah, Georgia 31401
    State Court of Chatham County, GA
    Civil Action No. STCV21-01762
    Plaintiff, PCPC pneumonia, Crohns, cause of death
    Deposition, 8/3/2023

16. Chris Dellinger et.al. vs. Susan Cassady et.al.
    Mike Slack
    Slack, Davis, Sanger
    6001 Bold Ruler Way, Suite 100
    Austin, Texas 78746
    District Court of Dallas County, TX
    116th District Judicial Court
    Cause Nos. DC-20-00555, 02024, 09269
    Plaintiff, plane crash, cause of death, pain and suffering
    Deposition, 8/4/2023

17. Gary Wilson et.al vs. Gary Liedtke et.al.
    Romney Cullers
    Becker Law Firm
    1111 Superior Avenue East
    Suite 400
    Cleveland, OH 44114
    Court of Common Pleas
    Cuyahoga County, OH
    CV 21 954576
    Plaintiff, electrocution, downed power lines, cause of death, pain and suffering
    Deposition, 8/15/2023

Jonathan Eisenstat, MD                    Depositions                                        13

18. Jaime Hoffman v. Southeastern OB/GYN Center and Michael Jackson, MD
    Jeremy McKenize
    Karsman, McKenzie & Hart
    21 W Park Ave
    Savannah, GA 31401
    State Court, Chatham County, GA
    Civil Action No.: STCV20-00037
    Plaintiff, bowel perforation s/p C-section d/t compartment syndrome
    Deposition, 9/8/2023

19. Stebleton v. Altru Health System and Kari Anderson FNP
    Tatum O'Brien
    O'Keeffe, O'Brien, Lyson
    720 Main Avenue
    Fargo, ND 58103
    State of North Dakota, County of Grand Forks
    District Court, Northeast Central Judicial District
    Case No. 18-2021-CV-2346
    Plaintiff, PE d/t DVT
    Deposition, 9/27/2023

**2024**

1.  Leung vs. City of Seattle; et al.
    Kenneth R. Friedman
    Friedman, Rubin, PLLP
    1126 Highland Ave.
    Bremerton, WA 98337
    Superior Court of Washington for King County
    Case No. 21-2-15314-0 SEA
    Plaintiff, pedestrian struck by motor vehicle, cause of death, pain and suffering, fear
    Deposition, 1/4/2024

2.  Santana Bryson v. Rough Country
    United States District Court, Northern District of Georgia, Gainesville Division
    Case No. 2:22-CV-017-RWS
    Non-retained fact witness
    Performed autopsy at GBI
    Cause of death, blunt head injury in MVA
    Deposition, 1/15/2024

3.  Loyal v. Ford Motor Company, et.al.
    Douglas B. Abrams
    Abrams & Abrams, P.A.
    1526 Glenwood Avenue
    Raleigh, NC 27608
    General Court of Justice, Superior Court Division
    Orange County, NC
    19 CVS 1486
    Plaintiff, rear impact, seatback failure, T spine fracture, paralysis
    Deposition, 2/26/2024

Jonathan Eisenstat, MD                 Depositions                                    14

4.  Smith v. Kelli Management, et.al.
    Matthew Johnston
    Goodwin Johnston
    1100 Main Street
    Ste 2201
    Kansas City, MO 641015
    In the Circuit Court of Jackson County, Missouri at Kansas City
    Case No.: 2216-CV29005
    Plaintiff, housefire, cause of death, pain and suffering
    Deposition, 2/27/2024

5.  Davis v. Kia
    Lance Cooper
    The Cooper Firm
    531 Roselane Street
    Suite 200
    Marietta, Georgia 30060
    In the State Court of Liberty County
    State of Georgia
    Civil Action No.: STSV2022000248
    Plaintiff, rear impact seatback failure, C spine injury
    Deposition, 3/6/2024

6.  Caballes v. East Lake R2G Owner LLC, et.al.
    Ben Whitman
    Clark, Fountain, Lavista, Littky-Rubin, & Whitman
    3601 PGA Boulevard
    Suite 300
    Palm Beach Gardens, Florida 33410
    Circuit Court of the Sixth Judicial Circuit
    Pinellas County, Florida
    CASE NO.: 22-004014—CI, Section 19
    Plaintiff, pinned between vehicle and gas pump, fire, cause of death and pain and suffering
    Deposition, 3/15/2024

7.  Peterson/Villareal v. Hernandez et.al.
    Caj Boatright
    Arnold & Itkin
    6009 Memorial Drive
    Houston, TX 77007
    District Court, 132nd Judicial District, Scurry County TX
    Cause No. 27221
    Plaintiff, chop wounds from boat propellor, injury causation, pain and suffering
    Deposition, 4/9/2024

8.  Brogdon (Mills) v. Ford Motor Company
    Jim Butler
    Butler Prather
    105 13th Street
    Columbus, GA 31901
    United States District Court for the Middle District of Georgia
    Columbus Division
    Civil Action File No. 4:23-cv-00088-CDL

Jonathan Eisenstat, MD                Depositions                                          15

Plaintiff, roof crush, positional asphyxia, blunt injuries
Deposition, 4/12/2024

9.  Soledad Alvarez (Romero) v. Whiz-Q et.al.
    Victor Rodriguez
    Witherite Law Group
    901 West Vickery Blvd, Suite 900
    Fort Worth, TX 76104
    District Court, Tarrant County, TX
    153rd Judicial District
    Cause No. 153-316458-20
    Plaintiff, drowning in submerged vehicle, cause of death, pain and suffering
    Deposition, 5/9/2024

10. Smith v. Navistar
    Drew Ashby
    Ashby Thelen Lowry
    445 Franklin Gateway SE
    Suite 200
    Marietta, GA 30067
    State Court, Gwinnett County, State of Georgia
    Civil Action File No.: 20-C-03064-S6
    Plaintiff, MVA, post collision fire, cause of death, pain and suffering
    Deposition, 5/13/2024

11. Gulley et.al. v. Woodfork et.al.
    Greg Allen
    Beasley Allen Law Firm
    218 Commerce St
    Montgomery, AL 36104
    Circuit Court of Butler County, Alabama
    Case No.: 10-CV-2022-900033.80
    Plaintiff, MVA, multiple death, fire vs. blunt
    Deposition, 5/14/2024

12. Travor v. Felton Manor
    Aaron Smith
    3740 DaVinci Court NW
    Suite 460
    Peachtree Corners, GA 30092
    State Court, Fulton County, GA
    Civil Action File: No. 18EV003437
    Defense, hip fracture, cause of death
    Deposition, 6/8/2024

13. Amber Hall-January v. Ford Motor Company
    Eric G. Jensen
    Sifers, Jensen, Palmer
    431 S. Jefferson Ave. Suite 120
    Springfield, MO 65806
    Circuit Court of Douglas County Missouri
    Case No: 23DG-CC00045
    Plaintiff, Rollover MVA, roof crush, T spine fracture

Deposition, 6/17/2024

14. Brandi Smith v. FedEx Ground Package System
    Linje Rivers
    Witherspoon Law Group
    12461 Veterans Memorial Highway
    Suite 402
    Douglasville, GA 30134
    United State District Court for the Northern District of Georgia
    Civil Action No.: 1:22-CV-04880-MLB
    Plaintiff, pedestrian struck by semi, fear of impending doom
    Deposition, 6/28/2024

15. Kimberlie Lederle v. Farmington Auto Plaza, LLC
    Patrick Ardis
    Wolff Ardis
    5810 Shelby Oaks Dr
    Memphis, TN 38134
    Circuit Court of St. Louis County, State of Missouri
    Cause No: 18SL-CC01616
    Plaintiff, MVA, post collision fire
    Deposition, 7/9/2024

16. Juan and Kris Yraguen v Ford Motor Company
    James Butler, Jr.
    Butler Prather
    12 Lenox Pointe NE
    Atlanta, GA 30324
    United States District Court, District of Oregon, Eugene Division
    Case No. 6:23-cv-01366-AA
    Plaintiff, MVA, Rollover, C-spine injury
    Deposition, 8/27/2024

17. Casey Salinas (Jerry Gallegos) v. Graceland Logistics et.al.
    John Grinnan
    Arnold & Itkin
    6009 Memorial Dr
    Houston, TX 77007
    District Court of Bexar County, Texas
    37th Judicial District
    Cause No. 2021-CI-18043
    Plaintiff, MVA, cause of death and impairment defendant driver
    Deposition, 8/29/2024

18. McNamara v. Jackson Neal and FCA US LLC
    James S. Rogers, Esq.
    Law Offices of James S. Rogers
    705 Second Ave., Suite 1500
    Seattle, WA 98104
    Superior Court, State of Washington, in and for King County
    Case No. 23-2-13067-7 SEA
    Plaintiff, rear collision, post collision fire, self extrication, cause of death and pain
    Deposition, 9/4/2024

Jonathan Eisenstat, MD                    Depositions                                        17

19. Janet Foster (Alan Foster) v. Kia Corporation
    Lance Cooper
    The Cooper Firm
    531 Roselane Street
    Suite #200
    Marietta, Georgia 30060
    United States District Court for the District of South Carolina, Florence Division
    C/A No: 4:22-CV-02396-JD
    Plaintiff, Rear impact, seatback and headrest failure, thoracic spine fracture
    Deposition 9/11/2024

20. Bartley-Reed v. Sullair, LLC
    Scott McMikel
    McMickle, Kurey & Branch, LLP
    217 Roswell St #200
    Alpharetta, GA 30009
    Superior Court of Troup County, State of Georgia
    Civil Action File No. 18-CV-0079
    MVA, post collision fire
    Non-retained, GBI autopsy fact witness
    Deposition 9/16/2024

21. Eduardo Cabral, et.al. v. MyUniverse Inc, et.al.
    Kevin Liles
    Liles White PLLC
    8 Greenway Plaza, Suite 824
    Houston, TX 77046
    District Court, 210th Judicial District
    El Paso County, Texas
    Cause No. 2022DCV0886
    Plaintiff, RV v. Semi, Blunt Torso Injuries, Cause of Death, Pain and Suffering
    Deposition, 9/25/2024

22. Jerry Nelson v. Correct Health Muscogee LLC, et.al.
    Civil Action No. 4:20-cv-00213-CDL
    United States District Court, Middle District of Georgia, Columbus Division
    GBI Autopsy, non-retained
    Inmate strangulation
    Deposition, 9/26/2024

23. Trista Lindsey v. Cedar Fair et.al.
    Roland Christensen
    Arnold & Itkin, LLP
    6009 Memorial Drive
    Houston, TX 77007
    District Court of Harris County, TX
    190th Judicial District
    Cause No. 202361510
    Plaintiff, drowning v natural death at water park
    Deposition, 10/24/2024

24. Hawkins-Byrd v. Summit Trucking Inc.

Jonathan Eisenstat, MD　　　　　　Depositions　　　　　　　　　　18

Jibraeel Zaidi
Witherite Law Group
10440 N Central Expressway
Suite 400
Dallas, TX 75231
Judicial Workplace Arbitrations
JWA NO. 3440-A 2023
Plaintiff, Tractor-Trailer post collision fire
Deposition, 11/1/2024

25. Lacey Bibelhauser v. Ford Motor Company
Paul Casi
Casi Law Firm
801 E Main St
Louisville, KY 40206
Jefferson Circuit Court, Division 13
No. 20-CI-005047
Plaintiff, Rollover, roof crush, C spine injury
Deposition, 11/21/2024

26. Aaron Lewit
Mr. David Nemeroff, Esq.
Nemeroff Law Offices
105 W. Madison Street, Suite 1900
Chicago, IL 60602
Circuit Court of Cook County, Illinois, County Department, Law Division
Case Number 2023L001993
Plaintiff, medical malpractice, aspiration pneumonia d/t SBO d/t inguinal hernia
Deposition, 12/2/2024

27. Poole/Buckholt v. UPS
Keith Hill
Cesar Ornelas Law, PLLC
14607 San Pedro Ave, Suite 200
San Antonio, TX, 78232
Superior Court of the State of Washington in and for the Coutny of King
NO. 23-2-08634-1 SEA
Plaintiff, MVA with blunt injuries, injury causation, conscious pain and suffering
Deposition, 12/12/2024

**2025**

1. Sheila Gober (Valerie Hill) v. St. Mary's Sacred Heart Hospital, et.al.
Moses Kim
The Moses Firm
3490 Piedmont Rd NE
Ste 1206
Atlanta, GA 30305
State Court of Gwinnett County, State of Georgia
Civil Action File No.: 21-C-08739-S6
Plaintiff, patient eloped from ED, hypothermia and possible drowning
Deposition, 2/4/2025

Jonathan Eisenstat, MD                    Depositions                                    19

2.   Olivas v. Ford Motor Company
     David Bartholomew Waxman
     Wigington, Rumley, Dunn & Blair, LLP
     123 North Carrizo Street
     Corpus Christi, Texas 78401
     United States District Court, District of Nevada
     Case No. 3:24-cv-00034-ART-CSD
     Plaintiff, rollover, roof crush, positional asphyxia v. A-O dislocation, no ejection
     Deposition, 2/10/2025

3.   Jacobsen v FIE
     Kevin C Riddle
     Fieger, Fieger, Kenney & Harrington, P.C.
     19390 W. 10 Mile Road
     Southfield, MI 48075
     State of Michigan, In the Circuit Court for the County of  Monroe
     Case No. 23-146337-NO
     Plaintiff, electrocution, high voltage, conscious pain and suffering
     Deposition, 2/18/2025

4.   Schiele v Nissan Motor Company
     Mark Emison
     Langdon & Emison
     911 Main Street
     Lexington. MO 64067
     Circuit Court for Baltimore City, Maryland
     Civil Division, Case No.: 24-C-21-004481
     Plaintiff, Rear end collision, seatback failure, C spinal cord contusion
     Deposition, 2/19/2025

5.   Stackpole v. Total Quality Logistics, LLC
     Nick Smart
     Strong Law
     901 E St. Louis Street, Suite 1800,
     Springfield, MO 65806
     Circuit Court of Pulaski County, MO
     Case No. 20PU-CV01907
     Plaintiff, driver in semi pinned in vehicle, multiple trauma, cause of death, pain and suffering
     Deposition, 3/13/2025

6.   Valdez v. General Motors
     Lance Cooper
     The Cooper Firm
     531 Roselane Street
     Suite 200
     Marietta, Georgia 30060
     State Court, Cobb County, GA
     Case No. 22-A-3390
     Plaintiff, MVA, seatback failure, skull fracture, death
     Deposition, 3/20/2025

7.   Taliulu vs. Nissan Motor Co. et.al.
     Luis Fabrega

Jonathan Eisenstat, MD                  Depositions                                  20

The Ammons Firm
3700 Montrose Boulevard
Houston, TX, 77006
Third Judicial District Court, Salt Lake County, State of Utah
Case No.: 220900698
Plaintiff, rollover, roof crush, C-spine injury
Deposition, 3/26/2025

8.  Broussard (Thomas) v Flanagan Shipping et.al.
Tim Ferguson
The Ferguson Law Firm, LLP
350 Pine St. Suite 1440
Beaumont, Texas 77701
172nd Judicial District, District Court, Jefferson County, TX
Cause No. E-204177
Plaintiff, crushing injury between palettes of paper
Deposition, 3/31/2025

9.  Bleyl v Exxon Mobil Corp. et.al.
John Grinnan
Arnold & Itkin
6009 Memorial Dr
Houston, TX 77007
District Court, Harris County, TX
Cause No. 2022-20372
Plaintiff, crushing injury, compressional asphyxia, between trailer and blender
Deposition, 4/2/2025

10. Vanlandingham v The City of Oklahoma et.al.
W. Brett Behenna
Krahl, Goerke, Meyer, Behenna
Oklahoma Tower
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
United States District Court, Western District of Oklahoma
Case No. 5:22-cv-00209-D
Plaintiff, prone restraint cardiac arrest
Deposition, 4/11/2025

11. Stout Campbell v Whitewater Midstream LLC et.al.
C.J. Baker
Armstrong, Lee & Baker
2800 N Loop W #900
Houston, TX 77092
District Court, Harris County, TX
234th Judicial Circuit
Cause No. 2023-74111
Plaintiff, Blunt impact head injury and thermal injuries
Deposition, 4/15/2025

12. Armendariz v Diamond Products
Benjamin Fields

Fields Law Firm
1600 Genessee St., Suite 860
Kansas City, MO 64102
United States District Court, Western District of Missouri, St. Joseph Division
Case No.: 5:24-cv-06049-SRB
Plaintiff, airport worker fell off diamond cutter, crushed under diamond cutter, cause of death
Deposition, 4/21/2025

13. Williams v USA
Paul A. Casi, II, P.S.C.
Casi Law Firm
The Marcus Lindsey
801 East Main Street
Louisville, KY 40206
United States District Court, Eastern District of Kentucky
Central Division, Lexington
Civil Action No 5:24-CV-00139-DCR
Plaintiff, subdural and subarachnoid hemorrhage, CLL, thrombocytopenia, Ibrutinib
Deposition, 5/7/2025

14. Mast v Toyota
Mark Emison
Langdon & Emison
911 Main St
Lexington, MO 64067
Circuit Court of Clinton County, MO
 Case No.: 24CN-CC00027
Plaintiff, head and neck injuries driver and passenger, curtain airbag and seatbelt
Deposition, 5/8/2025

15. Barnes v Lincoln, MD
Marc Berlin
Fieger, Fieger, Kenney & Herrington
19390 West Ten Mile Road
Southfield, Michigan 48075
Circuit Court for the County of Oakland, MI
Case No. 19-174017-NH
Plaintiff, small bowel obstruction, perforation, fistula, sepsis
Deposition, 5/14/2025

16. Price v. USA
Drew Lombardi
Dearie Law Group, P.S.
2025 First Avenue, Suite 1140
Seattle, WA 98121
United States District Court for the Western District of Washington at Seattle
Case No. 2:23-cv-01265-LK
Plaintiff, diabetic ketoacidosis
Deposition, 5/21/2025

17. Aversa v. Faaborg
Steve Hilst
Bisnar Chase

Jonathan Eisenstat, MD                    Depositions                                        22

1301 Dove Street
Suite 120
Newport Beach, CA 92660
Superior Court of the State of California for the County of Los Angeles
Lead Case No: 21STCV17487 (Consolidated with Case No.: 21STCV18090 and 22STCV00500)
Plaintiff, post collision fire, cause f death, pain and suffering
Deposition, 5/28/25

18.  Villegas v. Murray Thompson Construction
Laura Tamez
The Herrera Law Firm, Inc.
1800 W. Commerce Street
San Antonio, TX 78207
District Court of 93rd Judicial District, Hidalgo County, TX
Cause No. C-2120-09-B
Plaintiff, crushing injuries, forklift rollover, cause of death, pain and suffering
Deposition, 5/30/2025

19. Bahney v. Jacob Gelderman and Nutrien AG Solutions, Inc.
Jon S. Kennedy
Penn, Kestner, & McEwen, PLLC
170 W. Jackson St.
Ridgeland, MS 39157
United States District Court for the District of Minnesota
No.: 0:24-CV-00557
Plaintiff, Post-collision fire, cause of death, pain and suffering
Deposition, 6/10/2025

20. Montoya and Martinez (Orozco) v. Orozco-Prieto, Archuleta, Estes Express Lines et.al.
Kevin Liles
Liles White
8 Greenway Plaza, Suite 824
Houston, TX 77046
State of New Mexico, Santa Fe County, First Judicial District
Case No. D-101-CV-2023-00774
Plaintiff, Post-collision fire, cause of death, pain and suffering
Deposition, 7/9/2025

21. Williams v. Gunnarson Outdoor Advertising, Inc. and Black Ankle
Jack Holtzman
Dow Law Firm
4407 Bee Cave Road, Suite 222
Austin, Texas 78746
District Court of Hays County, TX, 22nd JUDICIAL COURT
Cause No.: 22-0262
Plaintiff, fall from height, pulmonary embolus
Deposition, 7/21/2025



JONATHAN EISENSTAT, M.D.
EISENSTAT FORENSIC PATHOLOGY, LLC
7507 Roswell Road
PMB #241
Sandy Springs, GA 30350
Telephone: 678-654-2107
jeisenstatmd@gmail.com

**TRIAL TESTIMONY**

**2021**

No trial testimony

**2022**

1.  Wong et. al. v. Morrow equipment company et. al.
    Peter Meyers
    Swanson, Gardner, Meyers
    4512 Talbot Road South
    Renton, WA 98055
    Superior Court of Washington for King County
    No. 19-2-07615-7
    Plaintiff, crane fall onto vehicle, compression asphyxia and blunt injuries
    Trial, 2/3/2022 (zoom)

2.  Karen McGivern vs. Aurora Medical Group et al
    Brandon Thompson
    Ciresi Conlin
    225 S 6th Street
    Suite 4600
    Minneapolis, MN 55402
    State of Wisconsin, Circuit court, Brown County
    Case No: 15-CV-1751
    Plaintiff, hemopericardium s/p CABG
    Trial, 4/12/2022

3.  John Flascher vs. Colon and Rectal Surgery Associates, Ltd
    Brandon Thompson
    Ciresi Conlin
    225 S 6th Street
    Suite 4600
    Minneapolis, MN 55402
    State of Minnesota, Ramsey County, District Court, 2nd Judicial District
    Case No.: 62-CV-19-485
    Plaintiff, hemoperitoneum s/p ileocolectomy for Crohn's
    Trial, 6/10/2022

4.  Kim Hill *et al* v. Ford Motor Company *et al*
    Jim Butler

Butler Prather
12 Lenox Pointe NE
Atlanta, GA 30324
State Court, Gwinett County, Georgia
Civil Action File No. 6-C-04179-S2
Plaintiff, rollover with roof crush, performed exhumation autopsies, cause of death
Testified 8/9-8/10/2022

5.  Krista Ramos v. Stellantis North America and BabyTrend
    Simon Purnell
    Griffin Purnell
    8555 West Forest Home Avenue
    Suite 205
    Greenfield, WI 53228
    United States District Court, Southern District of Texas, Corpus Christi Division
    Case No. 2:21-cv-00099
    Plaintiff, MVA, fire, two children died in vehicle
    Testimony, 8/25/2022

6.  State of West Virginia v. Carl Tossah
    Kevin D. Mills
    The Criminal Law Center
    1800 West King Street
    Martinsburg, WV 25401
    State Court, 23rd Judicial Circuit, West Virginia
    CC-19-22-F-90
    Criminal defense, sexual assault, alcohol
    Testimony, 9/27/2022

7.  State of Georgia vs. Jason Leroy Brown
    Andrew Healy
    Dekalb County District Attorney's Office
    Administration Bldg
    556 N McDonough St #700
    Decatur, GA 30030
    Dekalb County, GA
    Case number 19CR2163
    Cardiac arrhythmia due to altercation with another individual
    Testimony, 10/21/2022

**2023**

1.  Coiffard vs. Ford Motor Company
    Anne M. Dieruf, Esq.
    Jordan Herrington & Rowley
    5445 DTC Parkway, Suite 1000
    Greenwood Village, Colorado 80111
    In the common pleas court, Erie County, Ohio
    Case No.: 2020 CV 0343
    Cause of death following motor vehicle collision
    Testimony, 1/26/2023

2.  State of South Carolina vs. Richard Murdaugh
    Richard Harpootlian
    Harpootlian Attorneys at Law
    1410 Laurel Street
    Columbia, SC 29201
    Court of general sessions, fourteenth judicial circuit

Jonathan Eisenstat, MD                TRIAL TESTIMONY                                3

Indictment 2022-GS-15-00592 through 00595
Description of gunshot wounds
Testimony, 2/27/2023

3.  Champion (Jones) vs. Board of Regents of the University System of Georgia
Bob Cheeley
Cheeley Law Group
2500 Old Milton Pkwy, Suite 200
Alpharetta, GA 30009
State court, Baldwin County, GA
Civil Action File No: STCV2019006003
Plaintiff, run over by bus, injuries, cause of death and pain and suffering
Testimony, 3/28/2023

4.  Salinas vs. Nissan
Corey Arzoumanian
The Homampour Firm
15303 Ventura Boulevard, Suite 1450
Sherman Oaks, CA 91403
Superior Court of State of California, County of Los Angeles
Case No. BC569227
Plaintiff, MVA, DAI, blunt injury, hypoxia
Testimony, 4/20/2023

**2024**

1.  State of Louisiana v. Kenneth Collins
Amber Ramanauskas
Orleans Public Defenders
2601 Tulane Avenue
Suite 700
New Orleans, LA 70119
Case #554-641
Defense, blunt impact head injury
Testimony, 2/7/2024

2.  Hubler v. Ignacio Rodriguez, MD
Tullio Iacono
Cole Scott & Kissane, P.A.
9150 S Dadeland Boulevard, Suite 1400
Miami, FL 33156
In the Circuit Court of the 17TH Judicial Circuit
In and For Broward County, Florida
Case No.: CACE 19 021921
Defense, medical malpractice, cardiac vs. respiratory death
Testimony, 4/23/2024

3.  State of WV vs. Doughty
Shawn McDermott
Criminal Law Center
300 Foxcroft Avenue
Suite 100
Martinsburg, WV 25401
Circuit Court of Jefferson County, West Virginia
Defense, criminal case, sexual assault and toxicology
Testimony, 5/1/2024

4.  Dedra Jones v. Catholic Health Initiatives Colorado et.al.

Jonathan Eisenstat, MD                    TRIAL TESTIMONY                                    4

Michael S. Harris
Jordan Law
5445 DTC Parkway, Suite 1000
Greenwood Village, CO 80111
District Court, Arapahoe County, Colorado
Plaintiff, prone restraint cardiac arrest
Testimony, 8/14/2024

**2025**

1.  Brogdon (Mills) v. Ford Motor Company
    Jim Butler
    Butler Prather
    105 13th Street
    Columbus, GA 31901
    United States District Court for the Middle District of Georgia
    Columbus Division
    Civil Action File No. 4:23-cv-00088-CDL
    Plaintiff, roof crush, positional asphyxia, blunt injuries
    Testimony, 2/6/2025-2/7/2025

2.  Hoffman v. Southeastern Ob/Gyn and Michael Jackson MD
    Jeremy McKenzie
    Karsman, McKenzie & Hart
    21 W Park Ave
    Savannah, GA 31401
    State Court of Chatham County, State of Georgia
    Civil Action No.: STCV20-00037
    Plaintiff, post C-section compartment syndrome, ruptured cecum
    Testimony (via video deposition), 3/2/2025

3.  Aversa (Olivas) v. Faaborg
    Steve Hilst
    Bisnar Chase
    1301 Dove Street
    Suite 120
    Newport Beach, CA 92660
    Superior Court of the State of California for the County of Los Angeles – West Covina
    Lead Case No: 21STCV17487 (Consolidated with Case No.: 21STCV28090 and 22STCV00500)
    Plaintiff, MVA, fire, cause of death, pain and suffering, toxicology
    Testimony, 7/18/2025



EISENSTAT FORENSIC PATHOLOGY, LLC
JONATHAN EISENSTAT, M.D.
Mailing address:
7507 Roswell Road
PMB# 241
Sandy Springs, GA 30350
678-654-2107
jeisenstatmd@gmail.com

---

## **FEE SCHEDULE**

I.     Review of medical records, police reports, witness statements, affidavits, photographs, histology slides and any other similar documents are charged at Six Hundred dollars ($600.00) per hour.

II.    There is a retainer equivalent to 5 hours ($3,000).

III.   Telephone calls of 15 minutes or greater are charged at Six Hundred dollars ($600.00) per hour.  This will be prorated to the nearest 15 minutes and there is no charge for calls under 15 minutes.

IV.    Attendance or participation at a deposition is charged at Seven Hundred Fifty dollars ($750.00) per hour.

V.     Testimony at trial is charged at Five Thousand Five Hundred Dollars ($5,500.00) per day.

VI.    Travel expenses are paid by the client, including flight, hotel, car rental and any other necessary travel expense.

VII.   Performance of a complete autopsy is charged at Four Thousand Dollars ($4,000).

VIII.  Performance of a limited autopsy is charged at Three Thousand Dollars ($3,000).

IX.    Performance of an exhumation autopsy is charged at Five Thousand Dollars ($5,000).