**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CHEYANNE ADAMS, <br> JAMES ADAMS and <br> WENDY ADAMS, <br><br>      Plaintiffs, <br><br> v. <br><br> ZACHRY INDUSTRIAL, INC., <br><br>      Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No.: 5:23-cv-01437-XR |

**DEFENDANTS UNITED RENTALS (NORTH AMERICA), INC. AND UNITED
RENTALS, INC.'S  NOTICE OF SETTLEMENT
AND WITHDRAWAL OF THEIR PENDING MOTIONS**

United Rentals (North America), Inc. and United Rentals, Inc. (collectively, "United Rentals"), by and through their undersigned counsel, hereby notify the Court that they have reached a Confidential Settlement Agreement and Release ("Confidential Settlement") with Plaintiffs in principle, resolving all matters in controversy between them and Plaintiffs in this action. United Rentals accordingly withdraws its Motion for Summary Judgment (ECF. 132), Rule 56.1 Statement of Undisputed Material Facts (ECF. 133), and Motion for Application of Louisiana Law (ECF. 134), as filed on April 3, 2026, without prejudice to allow the parties to finalize the terms of the Confidential Settlement.

Upon completion of the Confidential Settlement the parties anticipate filing a Joint Motion for Dismissal with prejudice of all claims asserted against United Rentals pursuant to Federal Rule of Civil Procedure 41(a)(2).

1

Dated: April 20, 2026

Respectfully submitted,

/s/ *Juan S. Ramirez*

Mark A. Cooper
Ryan Dwight Vereen
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, TX 78216
Telephone:      210.731.6352 (Mark)
Telephone:      210.731.6420 (Ryan)
Facsimile:      210.785.2934
Email:  mcooper@namanhowell.com
      rvereen@namanhowell.com

Juan S. Ramirez (*pro hac vice*)
Natalie R. Colao (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  ramirez@wtotrial.com
      colao@wtotrial.com

Attorneys for Defendants
United Rentals (North America), Inc.
and United Rentals, Inc.

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on April 20, 2026, I electronically filed the foregoing **DEFENDANTS UNITED RENTALS (NORTH AMERICA) INC.'S AND UNITED RENTALS, INC.'S NOTICE OF WITHDRAWAL OF PLEADINGS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email:

- **Kurt B. Arnold**
  karnold@arnolditkin.com, e-service@arnolditkin.com

- **John W. Chambless, II**
  jchambless@thompsoncoe.com, cbenoit@thompsoncoe.com,
  kmartinez@thompsoncoe.com

- **Natalie R. Colao**
  colao@wtotrial.com, umaguing@wtotrial.com

- **Mark A. Cooper**
  mcooper@namanhowell.com, evalenzuela@namanhowell.com,
  mquintanilla@namanhowell.com, RVereen@namanhowell.com

- **Trevor Courtney**
  tcourtney@arnolditkin.com, e-service@arnolditkin.com

- **Jonathan Kyle Findley**
  kfindley@arnolditkin.com, kyleteam@arnolditkin.com,
  cdeleon@arnolditkin.com, crystal-deleon-5684@ecf.pacerpro.com, e-
  service@arnolditkin.com

- **John Gregory Grinnan, Jr**
  jgrinnan@arnolditkin.com, kyleteam@arnolditkin.com, cdeleon@arnolditkin.com

- **Jose M. Luzarraga**
  jose.luzarraga@butlersnow.com, statefarmtexascases@butlersnow.com,
  andres.gamez@butlersnow.com, Madaline.Rabalais@butlersnow.com,
  Bryony.Harris@butlersnow.com, Lisa.McComb@butlersnow.com

- **Lawrence Morales, II**
  lawrence@themoralesfirm.com, melissa@themoralesfirm.com

- **Juan S. Ramirez**
  ramirez@wtotrial.com, halvorsen@wtotrial.com, cross@wtotrial.com,
  ventola@wtotrial.com

- **Orlando R. Richmond, Sr**
  orlando.richmond@butlersnow.com

- **Kyle Colin Steingreaber**
  steingreaber@wrightclosebarger.com

- **Roland M. Vandenweghe, Jr**
  Roland.Vandenweghe@arlaw.com

- **Ryan Dwight Vereen**
  rvereen@namanhowell.com, ddases@namanhowell.com

- **Bradley Allen Waters**
  bradley.waters@arlaw.com, Roland.Vandenweghe@arlaw.com,
  Lisa.Guthrie@arlaw.com, becky.martinez@arlaw.com, Billy.Wright@arlaw.com

- **William K. Wright, IV**
  billy.wright@arlaw.com

- **Aileen Christensen**
  achristensen@arnolditkin.com

*/s/ Juan S. Ramirez*

4